UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHALOM S. MAIDENBAUM,

        Plaintiff,

-against-

SEYMOUR H. MARCUS, a/k/a SY H. MARCUS and ELLEN REA MARCUS,

        Defendants.

Case No. 23-cv-03039 (KAM-ARL)

PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel for Plaintiff SHALOM S. MAIDENBAUM in the within action and demands that all pleadings and documents be served upon the undersigned at the office and post office address stated below, and all electronically filed documents be transmitted by email to the address below.

Dated: Cedarhurst, New York
       May 4, 2023

**LAW OFFICES OF ELLIOT J. BLUMENTHAL, PLLC**
483 Chestnut Street
Cedarhurst, New York 11516
*Co-Counsel for Plaintiff Shalom S. Maidenbaum*
(516) 295-0903

By: _____
ELLIOT J. BLUMENTHAL
*elliot@eblumenthallaw.com*