## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 23-CV-03039

Date Filed: 4/25/2023

Plaintiff:
**SHALOM S. MAIDENBAUM**

vs.

Defendant:
**SEYMOUR H. MARCUS AKA SY H. MARCUS AND ELLEN REA MARCUS**

LIN2023017376

For:
Eric W. Berry
Berry Law PLLC
745 5th Avenue, 5th Floor
New York, NY 10151

Received by Undisputed Legal Inc. (New York) on the 29th day of April, 2023 at 2:23 pm to be served on **Seymour Marcus aka Sy Marcus, 6273 Copper Lake Court, Boynton Beach, FL 33437.**

I, Liz Mills, being duly sworn, depose and say that on the **2nd day of May, 2023** at **4:51 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons, Proof of Service, and Complaint** with the date and hour of service endorsed thereon by me, to: **Ellen Rea Marcus as Wife/Co Resident** at the address of: **6273 Copper Lake Court, Boynton Beach, FL 33437,** the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with F.S. 48.031(1)(a).

**Description** of Person Served: Age: 80 to 85, Sex: F, Race/Skin Color: Caucasian, Height: 5'5" to 5'10", Weight: 140 to 145, Hair: Dark Blonde, Glasses: Y, Eyes: Brown, Other: _

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [ ] Physical Presence or [X] Online Notarization on the __3__ day of __May__, __2023__ by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Caleb Ramos
My Commission GG 951295
Expires 02/02/2024

Liz Mills
890

Undisputed Legal Inc. (New York)
590 Madison Avenue
21st Floor
New York, NY 10022
(212) 203-8001

Our Job Serial Number: LIN-2023017376
Ref: 8792222

# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK          CASE NO: **2:23-cv-03039-KAM-ARL**
Plaintiff / Petitioner: **Shalom S. Maidenbaum**
vs.
Defendant / Respondent: **Seymour H. Marcus aka Sy H. Marcus and Ellen Rea Marcus**

I <u>Nasim Dehghani</u> being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on <u>Tue, May 02, 2023</u> deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT in a postage-paid sealed wrapped properly addressed to Seymour Marcus, aka Sy Marcus at 6273 Copper Lake Ct, Boynton Beach, FL 33437, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked **"Personal and Confidential"**.

*(check all that apply)*

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[ ] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (            )
[ ] RETURN RECEIPT REQUESTED marked "Personal and Confidential" Receipt Number (            )
[ ] OVERNIGHT MAILING marked "Personal and Confidential" Receipt Number (            )

Sworn to me on the  5/2/23

Notary Public
Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

Nasim Dehghani

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022