## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of New York

Index Number: 23-CV-03039

Date Filed: 4/25/2023

Plaintiff:
**SHALOM S. MAIDENBAUM**

vs.

Defendant:
**SEYMOUR H. MARCUS AKA SY H. MARCUS AND ELLEN REA MARCUS**

LIN2023017377

For:
Eric W. Berry
Berry Law PLLC
745 5th Avenue, 5th Floor
New York, NY 10151

Received by Undisputed Legal Inc. (New York) on the 29th day of April, 2023 at 2:23 pm to be served on **Ellen Rea Marcus, 6273 Copper Lake Court, Boynton Beach, FL 33437.**

I, Liz Mills, being duly sworn, depose and say that on the **2nd day of May, 2023** at **4:51 pm, I:**

**INDIVIDUALLY/PERSONALLY** served Ellen Rea Marcus by delivering a true copy of the **Summons, Proof of Service, and Complaint** with the date and hour of service endorsed thereon by me, directly to **Ellen Rea Marcus** at the given address of: **6273 Copper Lake Court, Boynton Beach, FL 33437**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 80 to 85, Sex: F, Race/Skin Color: Caucasian, Height: 5'6" to 5'11", Weight: 140 to 145, Hair: Dark Blonde, Glasses: Y, Eyes: Brown, Other: _

I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

Subscribed and Sworn to before me by means of [ ] Physical Presence or [✓] Online Notarization on the _3_ day of _May_, _2023_ by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Caleb Ramos
My Commission GG 951295
Expires 02/02/2024

Liz Mills
890

Undisputed Legal Inc. (New York)
590 Madison Avenue
21st Floor
New York, NY 10022
(212) 203-8001

Our Job Serial Number: LIN-2023017377
Ref: 8792226