UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE:  ARLENE R. LINDSAY            DATE: 10/11/2023
         United States Magistrate Judge
                                       TIME: 11:30 AM

DOCKET NO: 23-cv-03039-KAM-ARL

CASE: Maidenbaum v. Marcus et al

 X   INITIAL CONFERENCE
___  STATUS CONFERENCE
 X   SCHEDULING CONFERENCE           BY TELEPHONE  X
 X   SETTLEMENT CONFERENCE
___  FINAL CONFERENCE
___  MOTION HEARING

APPEARANCES:      FOR PLAINTIFF:        FOR DEFENDANTS:
                  Elliot J. Blumenthal   Levi Huebner

The following rulings were made:

   The case is referred to mediation which shall be completed by December 13, 2023.  A scheduling order will be entered under a separate order.  Depositions are stayed pending mediation.

SO ORDERED:

/s/