Case 2:23-cv-03039-KAM-ARL   Document 29-2   Filed 10/13/23   Page 1 of 3 PageID #: 132

# Exhibit B

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 08/10/2023 at 12:25 PM and filed on 08/10/2023.

**Aaron Fischman**
710 Loch Hurlyville Rd
Loch Sheldrake, NY 12759
SSN / ITIN: xxx-xx-3873

The bankruptcy trustee is:

**Thomas C. Frost**
Chapter 13 Standing Trustee
399 Knollwood Rd
Suite 102
White Plains, NY 10603
914-328-6333

The case was assigned case number 23-35660-cgm to Judge Cecelia G. Morris.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 355 Main Street, Poughkeepsie, NY 12601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |

| 08/10/2023 13:01:55 | | | |
|---|---|---|---|
| **PACER Login:** | | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 23-35660-cgm |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |