# Exhibit E

**TARTER KRINSKY & DROGIN LLP**
*Co-Counsel to Shalom Maidenbaum*
1350 Broadway, 11th Floor
New York, New York 10018
Phone: (212) 216-8000
Michael Z. Brownstein, Esq.
mbrownstein@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                                                             Chapter 13

AARON D. FISCHMAN,

                                                                             Case No. 23-35660 (CGM)

                               Debtor.
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL NOTICES, PLEADINGS, AND ORDERS**

      **PLEASE TAKE NOTICE**, that Tarter Krinsky & Drogin LLP, as co-counsel to creditor Shalom Maidenbaum, hereby enters its appearance in the above-captioned case pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon the undersigned at the following address:

                  Michael Z. Brownstein, Esq.
                  Tarter Krinsky & Drogin LLP
                  1350 Broadway, 11th Floor
                  New York, New York 10018
                  Tel: (212) 216-8000
                  Fax: (212) 216-8001
                  Email: mbrownstein@tarterkrinsky.com

      **PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, any and all notices in respect of any application(s), motion(s), petition(s), pleading(s), request(s), complaint(s), demand(s), order(s), or any other paper filed in this case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Service of All Notices, Pleadings, and Orders, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by the above-named creditor of: (i) right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (ii) right to trial by jury in any proceeding as to any and all matters so triable; (iii) right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity. All such rights are hereby reserved and preserved, without exception.

Dated: New York, New York
October 4, 2023

**TARTER KRINSKY & DROGIN LLP**
*Co-Counsel to Shalom Maidenbaum*

By: /s/ Michael Z. Brownstein
Michael Z. Brownstein, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
Tel: (212) 216-8000
Fax: (212) 216-8001
Email: mbrownstein@tarterkrinsky.com