# LEVI HUEBNER & ASSOCIATES, PC

**ATTORNEYS AND COUNSELORS AT LAW**
**488 EMPIRE BOULEVARD, SUITE 100**
**BROOKLYN, NY 11225**
**TEL: (212) 354-5555**
**FAX: (718) 636-4444**
**EMAIL: NEWYORKLAWYER@MSN.COM**

March 11, 2024

Magistrate Judge Arlene R. Lindsay
United States District Court
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

    Re:    **Maidenbaum v. Marcus, 2:23-cv-03039-KAM-ARL**

Honorable Judge Lindsay:

    We represent the Defendants, Seymour H. Marcus aka Sy H. Marcus and Ellen Rea Marcus. By electronic Order dated February 14, 2024, Your Honor extended the time to complete mediation to February 26, 2024, and extended the time for Defendants to file a motion regarding jurisdiction and/or venue to March 14, 2024.

    The parties attended mediation multiple times and today it seems that the parties are at an impasse. Though the mediator has requested a day or two to review the impasse.

    Considering the foregoing the Defendants respectfully request that the time to file a motion regarding jurisdiction and/or venue be extended from March 14, 2024, to May 4, 2024.

    Today I conferred with counsel for Plaintiff who consented to the extension.

                                               Respectfully submitted,

                                               / s / Levi Huebner
                                               _____
                                               By: Levi Huebner